UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Netsoft USA, Inc.

           Plaintiff,

-against-

Incremax Technologies Corporation, Kerry Gerontianos and Louis Giuffre

           Defendant

Case No.

**Rule 7.1 Statement**

**06 CIV 14348**

**Judge McMahon**

FILED U.S. DISTRICT COURT S.D. OF N.Y.W.P. 2006 DEC 11 P 4:53

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Netsoft USA, Inc. (a private non-governmental party) certifies that it has no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Dated:      December 11, 2006, 2006
               New City, New York

                                           GREENWALD DOHERTY LLP

By: _____
     Kevin M. Doherty, Esq. (KD 3492)
     Attorneys for Plaintiff
     151 North Main Street, 4th Floor
     New City, New York 10956
     (845) 638-1943