FEB-16-2007 FRI 05:04 AM     P. 002
Case 1:06-cv-14348-CM   Document 5   Filed 02/16/2007   Page 1 of 1

AFFIDAVIT OF CONSPICUOUS SERVICE
INDEX # 06 CIV 14348 N

U S DISTRICT COURT OF THE STATE OF NEW YORK
COUNTY OF SOUTHERN

---

Netsoft Usa Inc

— against —

Incremax Technologies Corporation Kerry Gerontianos
And Louis Giuffre

---

GREENWALD DOHERTY LLP
151 North Main St Box
NEW CITY
NY 10956

(845) 638-1943

Atty File #           Record # 86314       File # 434

STATE OF NEW YORK: COUNTY OF NASSAU: ss

Harry Torres-Lic#0915257 being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York:

That on 02/14/07 at 7:58am at 500 E 77th St Apt 1102 New York Ny 10162 deponent served the within Summons In A Civil Case And Complaint on Kerry Gerontianos
therein named by affixing a true copy thereof to the door of said premises, the same being the recipient's usual place of abode within the State of New York. Deponent previously attempted to serve the above named individual on 2/12 3:10pm 2/13 6:19pm
Deponent completed service by depositing a copy of the Summons In A Civil Case And Complaint on 02/15/07 in a postpaid, properly addressed envelope by first class mail bearing the legend Personal & Confidential and not indicating legal action, in an offical depository under the exclusive care and custody of the United States Post Office in the State of New York.
Mailing was made to 500 E 77th St Apt 1102 New York Ny 10162

Deponent spoke to "John Doe"- Concierge- 500 E 77th St New York Ny 10162
Inquired as to the defendants place of business and received a negative reply and confirmed the above address of defendant and asked whether defendant was in active military service of the United States or the State of New York in any capacity whatever or is a dependent of anyone in the military and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in Federal statutes.

Sworn to before me this 02/15/07
Maureen Scarola #01SC6127636
Notary Public, State of New York
Nassau County, Commission Expires 05/31/09

Harry Torres-Lic#0915257



**Supreme Judicial Services, Inc.**

371 Merrick Road • Rockville Centre, N.Y. 11570 • (516) 825-7600
225 Broadway • New York, N.Y. 10007 • (212) 319-7171
FAX (516) 568-0812