M. MARILYN, C.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X

NETSOFT USA, INC.,

                                         Plaintiff,          :          06-CV-14348 (CM)

                  v.                                         :          STIPULATION AND
                                                             :          ORDER

INCREMAX TECHNOLOGIES CORPORATION,                           :
KERRY GERONTIANOS, and LOUIS GIUFFRE,                        :

                                         Defendants.         :
-------------------------------------------------------------------- X

        IT IS HEREBY STIPULATED AND AGREED that the time for Defendants

Incremax Technologies Corporation and Kerry Gerontianos to answer, move or otherwise

respond to the Complaint in this matter be and hereby is extended from March 5 and 6, 2007,

respectively, to April 4, 2007.

Dated: March 2, 2007

GREENWALD DOHERTY LLP                       SEWARD & KISSEL LLP

By: _____                By: _____
   Kevin Doherty (KD 3492)                     M. William Munno (MM 8861)
   151 North Main Street, P.O. Box 490         Julia C. Spivack (JS 6054)
   New City, New York 10956                    One Battery Park Plaza
   (845) 638-1943 (telephone)                  New York, New York 10004
   (845) 638-2707 (facsimile)                  (212) 574-1200 (telephone)
   Attorneys for Plaintiff NetSoft USA. Inc.   (212) 480-8421 (facsimile)
                                               Attorneys for Defendants Incremax
                                               Technologies Corporations and Kerry
                                               Gerontianos

So Ordered

_____
Hon. Colleen McMahon, U.S.D.J.

RECEIVED
MAR - 6 2007
CHAMBERS OF
COLLEEN McMAHON

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

SK 42286 0001 752239