# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

M. WILLIAM MUNNO
Partner
212-574-1587
munno@sewkis.com



1200 G STREET, N.W.
WASHINGTON, D.C. 20005
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

**MEMO ENDORSED**

March 30, 2007

**RECEIVED MAR 30 2007 CHAMBERS OF COLLEEN McMAHON**

**VIA FACSIMILE**  4/2/07

Hon. Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 640
New York, New York 10007

*[Handwritten endorsement: I am not prepared to let the defect wait. Answer by draft come in 4/13   Colleen McM]*

Re: Netsoft USA, Inc. v. Incremeax Technologies Corporation, Kerry Gerontianos and Louis Giuffre, 06-CV-14348

Dear Judge McMahon:

We represent Defendants Incremax Technologies Corporation and Kerry Gerontianos (the "Incremax Defendants"). Plaintiff Netsoft USA, Inc. ("Netsoft") and the Incremax Defendants jointly request that (a) the Incremax Defendants' time to respond to complaint be extended to and including June 4, 2007, as set forth in the signed, enclosed stipulation, and (b) the conference scheduled on April 13, 2007 at 10 a.m. in White Plains, New York be adjourned for approximately sixty (60) days. Kevin Doherty, Esq., counsel to Netsoft, joins in this request.

Netsoft and the Incremax Defendants make this second request because they are involved in settlement discussions and wish to focus their efforts on trying to resolve the matter without litigation. Further, Defendant Louis Giuffre has not yet been served with the complaint. The United States Attorneys' Office for the Southern District of New York, which filed a criminal complaint (06 Mag 1743) in December 2006 against Mr. Giuffre, is conducting an ongoing criminal investigation that relates to this action.

The Incremax Defendants and Netsoft respectfully request that the conference be adjourned and the stipulation be so ordered. Thank you.

Respectfully submitted,

*M. William Munno*

M. William Munno

caw
Enclosure

cc: Kevin M. Doherty, Esq.
    Attorneys for Plaintiff Netsoft USA, Inc. (*By Facsimile (845) 638-2707*)

SK 52286 0001 760618

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
NETSOFT USA, INC.,

                 Plaintiff,    :    06-CV-14348 (CM)

      v.    :    STIPULATION AND ORDER

INCREMAX TECHNOLOGIES CORPORATION,
KERRY GERONTIANOS, and LOUIS GIUFFRE,

                Defendants.
------------------------------------------------------------- X

IT IS HEREBY STIPULATED AND AGREED that the time for Defendants Incremax Technologies Corporation and Kerry Gerontianos to answer, move or otherwise respond to the Complaint in this action be and hereby is extended from April 4, 2007, to and including June 4, 2007.

Dated: March 30, 2007

GREENWALD DOHERTY LLP

By: _____
    Kevin Doherty (KD 3492)
    151 North Main Street, P.O. Box 490
    New City, New York 10956
    (845) 638-1943 (telephone)
    (845) 638-2707 (facsimile)
*Attorneys for Plaintiff Netsoft USA, Inc.*

SEWARD & KISSEL LLP

By: _____
    M. William Munno (MM 8861)
    Julia C. Spivack (JS 6054)
    One Battery Park Plaza
    New York, New York 10004
    (212) 574-1200 (telephone)
    (212) 480-8421 (facsimile)
*Attorneys for Defendants Incremax Technologies Corporations and Kerry Gerontianos*

So Ordered

_____
Hon. Colleen McMahon, U.S.D.J.