Greenwald Dohert
87662

U S District Court of The State of New York                    Index #: 06CV14348
County of South

Plaintiff           Netsoft Usa Inc
                         vs
Defendant           Incremax Technologies Corporation

State of __Virginia__ : County of __Fairfax__ :ss:
__Laura J Creekmore__, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the State of __VA__
That on __4-6-07__ at __4:17 pm__ at __Dunbarton Drive, Bristow, VA__
deponent served the within Summons & Complaint In A Civil Action
on Louis Giuffre defendant therein named.

INDIVIDUAL    By Personally delivering to and leaving with said _____
A   ☐         and that he knew the person to be the person mentioned and described in said

CORPORATION   By delivering to and leaving with _____
B   ☐         at _____
              and that he knew the person served to be the _____
              of the corporation.

Suitable      Service was made in the following manner after your deponent was unable with due diligence to serve the defendant
age Person    in person:
C   ☐         By delivering a true copy thereof to and leaving with _____
              a person of suitable age and discretion at _____
              the said premises being the defendants - respondents (dwelling place)(usual place of abode)
              (place of business) within the State of _____

Affixing to   By affixing a true copy thereof to the __Callbox__ of said premises. The same being the
Door, etc.    defendant's. (dwelling place)(usual place of abode)(place of business) within the
D   ☑         State of __Virginia__

Mailing use   Deponent completed service under the last two sections by depositing a copy of the
with C or D   __Summons + Complaint__ in a postpaid, properly addressed envelope in an official
E   ☑         depository under the exclusive care and custody of the United States Post Office
              in the State of __VA__ on __4-6-07__
              in an envelope bearing the legend personal and confidential.

Use with D    Previous Attempts __4-2 8:20pm, 4-3 7:10am, 4-6 4:10pm__
F   ☑         Deponent had previously attempted to serve the above named defendant/respondent.

VOID w/o      A Description of the defendant or other person served on behalf of the defendant is as follows:
Description   Approx Age _____ Approx Weight _____ Approx Height _____ Sex _____
Use with      Color of Skin _____ Color of Hair _____ Other _____
A, B & C
              Deponent asked the person spoken to whether the defendant was presently in the military service of the United States
              Government or on active duty in the military service in the State of New York and was informed he/she was not. Your
              deponent further says that he/she knew the person so served to be the person mentioned and described in said papers
              defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

Notary-->     Sworn to before me this __4-8-07__           _____
              __Rae Anne Baker-Lord__                      Process Server
              MY COMMISSION EXPIRES
              October 31, 2007
                         SUPREME JUDICIAL SERVICES, INC.
              371 Merrick Road #202 - Rockville Centre, N.Y. 11570 - (516) 825-7600
              225 Broadway - New York, N.Y. 10007 - (212) 319-7171
                         FAX (516) 568-0812