**AFFIDAVIT OF SUITABLE SERVICE**

INDEX # 06 CIV N 14348

U S District COURT OF THE STATE OF NEW YORK
COUNTY OF Southern

Netsoft Usa Inc

— against —

Incremax Technologies Corporation Kerry Gerontianos
And Louis Giuffre

GREENWALD DOHERTY LLP
151 North Main St Box
NEW CITY
NY 10956

(845) 638-1943

Atty File #          Record # 86316          File # 436

STATE OF NEW YORK: COUNTY OF NASSAU: ss

Harry Torres-Lic#0915257 being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York:

That on 02/12/07 at 2:12pm at 575 Lexington Ave #15 New York Ny 10022 deponent served the within Summons In A Civil Case And Complaint on Incremax Technologies
recipient therein named.

After your deponent was unable with due diligence to serve the recipient in person, service was made by delivering a true copy thereof to and leaving with Juan Ramos hr manager a person of suitable age and discretion at 575 Lexington Ave #15 New York Ny 10022 said premises being the recipient's usual place of business within the State of New York.

Deponent completed service by depositing a copy of the Summons In A Civil Case And Complaint on 02/13/07 in a postpaid, properly addressed envelope by first class mail, bearing the legend Personal & Confidential and not indicating legal action, in an offical depository under the exclusive care and custody of the United States Post Office in the State of New York.
Mailing was made to 575 Lexington Ave #15 New York Ny 10022

Attempts:
A description of the person served on behalf of the defendant is as follows:
Approx Age: 40 Years  Approx Weight: 170 Lbs.  Approx Height: 5"8"
Sex: Male   Color of Skin: Brown    Color of Hair: Black
Other:

Deponent spoke to Juan Ramos/ Human Resources Manager same as above,

confirmed the above address of defendant and asked whether defendant was in active military service of the United States or the State of New York in any capacity whatever or is a dependent of anyone in the military and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in Federal statutes.

Sworn to before me this 02/13/07
Maureen Scarola #01SC6127636
Notary Public, State of New York
Nassau County, Commission Expires 05/31/09

Harry Torres-Lic#0915257

**Supreme Judicial Services, Inc.**
371 Merrick Road • Rockville Centre, N.Y. 11570 • (516) 825-7600
225 Broadway • New York, N.Y. 10007 • (212) 319-7171
FAX (516) 568-0812