**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601



```
------------------------------------X
NETSOFT USA, INC.                   |
                                    |
                                    |   NOTICE OF REASSIGNMENT
                                    |
              -V-                   |
                                    |
                                    |   1:06 civ 14348 CM DCF
                                    |
INCREMAX TECHNOLOGIES CORP. ET AL
------------------------------------X
```

Pursuant to the memorandum of the Case Processing Assistant the above entitled action is reassigned to the calendar of

JUDGE: COLLEEN MCMAHON

All future documents submitted in this action shall bear the assigned judge's initials after the case number. If this case is assigned to the Electronic Case Filing (ECF) system, documents must be submitted electronically, and shall also bear the notation "ECF CASE" under the docket number.

The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Reassignment on all defendants.

Dated: 4/20/07

J. Michael McMahon, CLERK
by: _____
Deputy Clerk

REDESIGNATED TO MAGISTRATE JUDGE: DEBRA C. FREEMAN

CC:  Attorneys of Record

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

i:forms\assign\reass.wpd

Revised: September 9, 2004