# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

WRITER'S DIRECT DIAL

spivack@sewkis.com

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

1200 G STREET, N.W.
WASHINGTON, D.C. 20005
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

June 15, 2007

VIA FACSIMILE

Hon. Colleen McMahon
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 640
New York, New York 10007



Re: Netsoft USA, Inc. v. Incremax Technologies Corporation, Kerry Gerontianos, and Louis Giuffre., No. 06-cv-14348 (CM) (DCF)

Dear Judge McMahon :

Seward & Kissel LLP represents defendants Incremax Technologies Corporation and Kerry Gerontianos (the "Incremax Defendants") in the referenced lawsuit. We write jointly with plaintiff Netsoft USA, Inc. ("Netsoft") pursuant to your April 13, 2007 Order to apprise your Honor of the status of the parties' settlement negotiations.

The Incremax Defendants and Netsoft have been and continue to be involved in settlement negotiations. While the parties have not yet reached a settlement, the parties are continuing settlement discussions. The parties will provide your Honor with an update in ten (10) days' time.

Also, as we noted during our April 13, 2007 conference with your Honor, defendant Louis Giuffre has not yet appeared in this matter and has not been party to the settlement discussions amongst the Incremax Defendants and Netsoft. We understand that Mr. Giuffre is represented in a criminal proceeding by Ellyn Bank, Esq.

Respectfully submitted,

Julia C Spivack

**MEMO ENDORSED**

[handwritten note: 6/19/0? But I ✓ed you to file statement if you had not settled by 6/15. I do not remember this. Ruled to extend this deadline!]

[jcs:sc]

cc: Kevin Doherty, Esq. via facsimile (845) 638-2707
    M. William Munno, Esq

SK 52286 0001 784052