USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/07

RECEIVED
JUL 17 2007
CHAMBERS OF
COLLEEN McMAHON

Memo, 5.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

NETSOFT USA, INC.,

                Plaintiff,

        v.

INCREMAX TECHNOLOGIES CORPORATION,
KERRY GERONTIANOS, and LOUIS GIUFFRE,

                Defendants.

------------------------------------------------------------X

06-CV-14348 (CM)

STIPULATION AND
ORDER

        IT IS HEREBY STIPULATED AND AGREED that the time for Defendants Incremax Technologies Corporation and Kerry Gerontianos to answer, move or otherwise respond to the Complaint in this matter be and hereby is extended from July 13, 2007, respectively, to August 13, 2007.

Dated: July 13, 2007

GREENWALD DOHERTY LLP

By: _____
Kevin M. Doherty (KD 3492)
151 North Main Street, P.O. Box 490
New City, New York 10956
(845) 638-1943 (telephone)
(845) 638-2707 (facsimile)
*Attorneys for Plaintiff NetSoft USA, Inc.*

SEWARD & KISSEL LLP

By: _____
M. William Munno (MM 8861)
Julia C. Spivack (JS 6054)
One Battery Park Plaza
New York, New York 10004
(212) 574-1200 (telephone)
(212) 480-8421 (facsimile)
*Attorneys for Defendants Incremax Technologies Corporations and Kerry Gerontianos*

So Ordered

_____
Hon. Colleen McMahon, U.S.D.J.
SK 52286 0001 792014

7/17/07 — You have used your entire 6 months adjourning the answer. The Court will not accept a motion at this point. You are welcome to continue your discussions to answer the complaint.

Colleen McMahon
USDJ

### SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA

NEW YORK, NEW YORK 10004

WRITER'S DIRECT DIAL

spivack@sewkis.com

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

1200 G STREET, N.W.
WASHINGTON, D.C. 20005
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

July 13, 2007

VIA EMAIL TO ORDERS CLERK

Hon. Colleen McMahon
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 640
New York, New York 10007

Re: Netsoft USA, Inc. v. Incremax Technologies Corporation, Kerry Gerontianos, and Louis Giuffre., No. 06-cv-14348 (CM) (DCF)

Dear Judge McMahon::

      Seward & Kissel LLP represents defendants Incremax Technologies Corporation and Kerry Gerontianos (the "Incremax Defendants"). We write jointly with plaintiff Netsoft USA, Inc. ("Netsoft") to respectfully request that your Honor "so order" the attached stipulation extending the Incremax Defendants' time to answer or otherwise move from today, July 13, 2007, to August 13, 2007, so that the parties may continue to focus their efforts on resolving this matter without further litigation.

      The Incremax Defendants and Netsoft have been and continue to be involved in settlement negotiations. The settlement negotiations currently revolve around identifying certain electronically stored information that is the crux of the instant litigation. To that end, the parties have involved forensic experts to advise them on how best to address their respective concerns, and continue to coordinate with the forensic experts and each other to resolve this matter without further litigation. Unfortunately, this process is proving to be time-consuming. This is the parties' first request to extend the Incremax Defendants' time to answer since your Honor entered a scheduling order on April 13, 2007 setting July 13, 2007 as the date by which the Incremax Defendants must answer or otherwise move. The instant request will not affect any other currently scheduled dates. Accordingly, we respectfully request that your Honor "so order" the attached stipulation.

Hon. Colleen McMahon
July 13, 2007
Page 2

      Also, as we noted during our April 13, 2007 conference with your Honor, defendant Louis Giuffre has not yet appeared in this matter and has not been party to the settlement discussions amongst the Incremax Defendants and Netsoft.

Respectfully submitted,

Julia C. Spivack

[jcs:sc]

Attachment

cc:     Kevin Doherty, Esq., with attachment, *via email*

SK 52286 0001 792406