UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X
NETSOFT USA, INC.,                                                     :
                                                                       :
                Plaintiff,           :     06-CV-14348 (CM)
                                                                       :
         v.                                             :     **RULE 7.1 STATEMENT**
                                                                       :
INCREMAX TECHNOLOGIES CORPORATION,                                     :
KERRY GERONTIANOS, and LOUIS GIUFFRE,                                  :
                                                                       :
                Defendants.         :
---------------------------------------------------------------------- X

       Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Incremax Technologies Corporation ("Defendant"), a private non-governmental corporate party, certifies that there are no parent corporations and that no publicly held corporation owns 10% or more of the stock of Defendant.

Dated: New York, New York
       August 10, 2007

                                      SEWARD & KISSEL LLP

                                      By:   /s/ M. William Munno
                                              M. William Munno (MM 8861)
                                              Julia C. Spivack (JS 6054)
                                              One Battery Park Plaza
                                              New York, New York 10004
                                              Telephone:  (212) 574-1587
                                              Facsimile:  (212) 480-8421

                                         *Attorneys for Defendants Incremax*
                                         *Technologies Corporation and Kerry*
                                         *Gerontianos*

SK 52286 0001 801448