UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NETSOFT USA, INC.,

     Plaintiff,

-against-

INCREMAX TECHNOLOGIES CORPORATION,
KERRY GERONTIANOS, AND LOUIS GIUFFRE,

     Defendants.

STIPULATION AND ORDER
OF DISMISSAL WITH
PREJUDICE

06-CIV-14348 (CM)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1|14|08

**IT IS HEREBY STIPULATED AND AGREED,** by and between the

undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a), that the above-

captioned action be, and the same hereby, is dismissed with prejudice.

GREENWALD DOHERTY LLP

By: _____
 Todd Krakower (TK-4568)
 MM – 8861M  )
 Attorneys for Plaintiff
 151 N. Main Street, 4th Floor
 P.O. Box 490
 New City, New York 10956

SEWARD & KISSEL LLP

By: _____
 M. William Munno ( MM 8861)

 Attorney for Defendants Incremax
 Technologies Corp. and Kerry
 Gerontianos
 One Battery Park Plaza
 New York, NY 10004

SO ORDERED: _____

1/14/2008